**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01092-BNB

MEL BOMPREZZI,

      Plaintiff,
v.

JUDGE RICHARD CASCHETTE,
ADA JASON SIERS,
KATHLEEN McGUIRE, Public Defender, and
ARA CHANIAN, Public Defender,

      Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      In response to the Court's May 8, 2012 Order Granting Leave to Proceed Pursuant to 28 U.S.C. § 1915, Plaintiff has submitted a Letter, ECF No. 7, in which he states that prison staff is purposely losing his money order requests. He further contends that on May 11, 2012, he requested a $35.00 money order to submit to the Court as payment of the initial partial filing fee that he owed. As of the date of this Minute Order the Court has not received the required $35.00 payment.

      The Court finds that nothing Plaintiff has attached to the Letter indicates he has requested a $35.00 money order for payment to the Court. Accordingly, the Court shall grant Plaintiff an additional thirty days from the date of this Minute Order to **provide a verified statement** by prison staff or other supporting documentation stating that he requested a money order but the request was lost or not processed. If Plaintiff fails to provide such documentation or show good cause why he is not able to provide the documentation the Complaint and action will be dismissed without further notice.

Dated: June 15, 2012