IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01092-BNB

MEL BOMPREZZI,

    Plaintiff,

v.

JUDGE RICHARD CASCHETTE,
ADA JASON SIERS,
KATHLEEN McGUIRE, Public Defender, and
ARA OHANIAN, Public Defender,

    Defendants.

## ORDER

On June 15, 2012, the Court entered a minute order instructing Plaintiff to provide a verified statement or other supporting documentation that indicates he requested a $35.00 money order for payment of the initial partial filing fee as required under 28 U.S.C. § 1915(b)(1).

On July 11, 2012, Plaintiff filed a copy of a "Department of Corrections Request for Money Order" that he submitted to prison staff asking that $35.00 be paid to the Court. The request is dated June 21, 2012, and appears to be approved. The Court, however, has not received payment. Plaintiff also asserts that he previously requested payment to the Court but his requests were purposely lost by prison staff.

The Clerk of the Court will be directed to send a copy of the instant Order; the Minute Order entered on June 15, 2012, which is ECF No. 8; and ECF Nos. 7, 9, and 10

to the Warden at San Carlos Correctional Facility.  The Court will ask the Warden to indicate whether Plaintiff has requested a $35.00 payment to the Court, as he claims, and whether the request has been ignored or purposely lost.  Accordingly, it is

ORDERED that the Clerk of the Court send a copy of the instant Order along with ECF Nos. 7, 8, 9, and 10 to the Warden at the San Carlos Correctional Facility.  It is

FURTHER ORDERED that within **thirty days** from the date of this Order the Warden is requested to indicate whether Plaintiff has requested $35.00 be paid to the Court, as required under 28 U.S.C. 1915(b), and whether Plaintiff's requests were ignored, purposely misplaced, or lost by prison staff.

DATED July 25, 2012, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge