IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01092-BNB

MEL BOMPREZZI,

    Plaintiff,

v.

JUDGE RICHARD CASCHETTE,
ADA JASON SIERS,
KATHLEEN McGUIRE, Public Defender, and
ARA OHANIAN, Public Defender,

    Defendants.

## SECOND ORDER TO RESPOND

On July 25, 2012, the Court directed the Warden at Colorado Department of Corrections San Carlos Correctional Facility to respond and indicate to the Court whether Mr. Bomprezzi requested a $35.00 payment to the Court and whether his requests for the payment were ignored, purposely misplaced, or lost by prison staff. The Warden was given thirty days to respond. The Court has not received a response within the time allowed. Accordingly, it is

ORDERED that Clerk of the Court send a copy of the instant Order along with ECF Nos. 7, 8, 9, 10, and 11 to the Warden at the San Carlos Correctional Facility and to the Attorney General of the State of Colorado. It is

FURTHER ORDERED that the Warden is directed to respond within fourteen days and state to the Court whether Mr. Bomprezzi requested $35.00 be paid to the

Court, as required under 218 U.S.C. § 1915(b), and whether his requests were ignored, purposely misplaced, or lost by prison staff.

DATED September 4, 2012, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge