IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01092-LTB

MEL BOMPREZZI,

    Applicant,

v.

RICHARD CASCHETTE, Judge,
JASON SIERS, Public Defender,
KATHLEEN McGUIRE, Public Defender, and
ARA OHANIAN, Public Defender,

    Respondents.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on February 22, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Respondents and against Applicant.

    DATED at Denver, Colorado, this 22 day of February, 2013.

                            FOR THE COURT,

                            JEFFREY P. COLWELL, Clerk

                            By: s/ S. Grimm
                                Deputy Clerk